IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MR. G. JACKSON,

      Plaintiff,                           11cv0702

                                           **ELECTRONICALLY FILED**

      v.

MR. COLEMAN BROWN, MR. STEVE
COOPER, TRUE BLUE, LABOR READY
INC ET AL.,

      Defendants.

## **Order of Court**

It is hereby ORDERED that all communication with the Court shall be in the form of a written motion(s) which shall be filed on the electronic case management and filing system (CM/ECF) in compliance with Section I, Paragraph A of the Practices and Procedures of this Court.

Given the documented history of plaintiff's prior improper contacts with the United States Court of Appeals for the Fifth Circuit, (see In re: Gregory Jackson, 5th Cir. No. 09-10374), it is further ORDERED that Plaintiff shall not communicate with the Court, or its staff, by telephone, email, fax or, in person, except by written motion as outlined above.

Failure to obey this Order may result in a finding of contempt of Court and/or imposition of sanctions.

**SO ORDERED** this 9th day of August, 2011.

s/Arthur J. Schwab
Arthur J. Schwab
United States District Judge

cc: All Registered ECF Counsel and Parties

G. Jackson
1214 Pennsylvania Ave.
Pittsburgh, PA 15233
PRO SE PLAINTIFF