IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MR. G. JACKSON,

       Plaintiff,　　　　　　　　　11cv0702

                                **ELECTRONICALLY FILED**

       v.

MR. COLEMAN BROWN, MR. STEVE
COOPER, TRUE BLUE, LABOR READY
INC ET AL.,

       Defendants.

## Order of Court

And now, this 19th day of September, 2011, for the reasons set forth in the foregoing Memorandum Opinion, Plaintiff's Complaint is DISMISSED WITH PREJUDICE. Plaintiff's motion for IFP status (doc. no. 3) is DENIED AS MOOT. Plaintiff's motion for Court Communication Status and IFP Hearing (doc. no. 7) is also DENIED.

                                                     s/Arthur J. Schwab
                                                     Arthur J. Schwab
                                                     United States District Judge

cc:    All Registered ECF Counsel and Parties

G. Jackson
1214 Pennsylvania Ave.
Pittsburgh, PA 15233
PRO SE PLAINTIFF